**UNITED STATES of America,**
**Plaintiff–Appellee,**

**v.**

**Javier GOMEZ–PEREZ, aka Francisco Perez Gomez, aka Antonio Hernandez, aka Javier Gomez Perez, Defendant–Appellant.**

**No. 08–10271.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 7, 2010.

John Robert Lopez, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Alex D. Gonzalez, Esquire, Gonzalez & Smith, PC, Chandler, AZ, for Defendant–Appellant.

Javier Gomez–Perez, Adelanto, CA, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

### MEMORANDUM **

Javier Gomez–Perez appeals from his guilty-plea conviction and 51–month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Gomez–Perez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. Gomez–Perez has filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

The government has filed a motion to dismiss the appeal on the grounds that Gomez–Perez waived his right to appeal. We grant that motion.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the appeal is **DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).